DA # 434736

AGENCY # UNRPD 11-893

FILED

11 NOV 17 PM 2: 04

STEVE TUTTLE
RENO JUSTICE COURT
BY [signature]
DEPUTY

IN THE JUSTICE COURT OF RENO TOWNSHIP

IN AND FOR THE COUNTY OF WASHOE, STATE OF NEVADA

\* \* \*

THE STATE OF NEVADA,

        Plaintiff,

v.

JUDY MIKOVITS,

        Defendant.
_____/

RCR 2011-064661

DEPT: 1

SECOND
CRIMINAL COMPLAINT

    JAIME MCGUIRE of the University of Nevada Police Department, County of Washoe, State of Nevada, verifies and declares upon information and belief and under penalty of perjury, that JUDY MIKOVITS, the defendant above-named, has committed the crimes of:

    COUNT I. POSSESSION OF STOLEN PROPERTY, a violation of NRS 205.275, a felony, (F900) in the manner following, to wit:

    That the said defendant, JUDY MIKOVITS, on or about September 30, 2011, at Reno Township, within the County of Washoe, State of Nevada, did willfully and unlawfully possess or withhold stolen goods having a value in excess of Six Hundred Fifty Dollars ($650.00), to wit, a black Apple laptop, multiple flash drives, approximately a dozen or more research notebooks, and miscellaneous correspondence from the Whittemore Peterson Institute, at Reno, Washoe County, Nevada, such property being owned by the Whittemore Peterson Institute, for her own gain or to prevent the true owner from again possessing said property, knowing that the property was obtained by means of larceny or under such circumstances as should

13

Exhibit 1

1  have caused a reasonable man to know that such goods were so
2  obtained.
3      COUNT II. <u>UNLAWFUL TAKING OF COMPUTER DATA, EQUIPMENT,
4  SUPPLIES, OR OTHER COMPUTER-RELATED PROPERTY</u>, a felony violation of
5  205.4765, in the manner following, to wit:
6      That the said defendant on or about September 30, 2011, at
7  Reno Township, within the County of Washoe, State of Nevada, did
8  willfully, unlawfully and without authorization, take, conceal, or
9  retain possession of data, a program or any supporting documents
10 which exists inside or outside a computer, system or network, or a
11 computer or computer system, or a device used to access a computer
12 network or data, and the cumulative total loss of all items taken or
13 possessed is in excess of $500.00, or said taking, concealment or
14 possession caused an interruption or impairment of a public service,
15 including, without limitation, a governmental operation, regardless
16 of the value of the property, to wit: MIKOVITS directed her former
17 research associate, an employee of Whittemore Peterson Institute, to
18 take a black Apple laptop, multiple flash drives, approximately a
19 dozen or more research notebooks, and miscellaneous correspondence
20 from the Whittemore Peterson Institute, and to deliver them to her at
21 Reno, Washoe County, Nevada.
22      DATED this  17  day of November, 2011

_____

**14**
**Exhibit 1**

1  AFFIRMATION PURSUANT TO NRS 239B.030

2     The undersigned does hereby affirm that the preceding

3  document does not contain the social security number of any person.

4

5                                                    _____

6

7

8

...

24  Custody:                          District Court Dept:  4
    Bailed:                           District Attorney:  GRECO
25  Warrant:  X                       Defense Attorney:
                                      Bail $100,000 Cash only
26  1117434736LJP                     Restitution:

**15**
**Exhibit 1**