DA# 434736

**FILED**
2012 JUN 11 PM 3:35

IN THE JUSTICE COURT OF RENO TOWNSHIP

IN AND FOR THE COUNTY OF WASHOE, STATE OF NEVADA

* * *

THE STATE OF NEVADA,

    Plaintiff,

v.

JUDY MIKOVITS,

    Defendant.
_____/

Case No. RCR 2011-064661

DEPT: R01

### NOTICE OF DISMISSAL PURSUANT TO NRS 174.085(5)

COMES NOW, the State of Nevada, by and through RICHARD A. GAMMICK, District Attorney of Washoe County, and JOHN W. HELZER, Assistant District Attorney, and hereby dismisses the charges filed against the above-named defendant in case number RCR 2011-064661, without prejudice, pursuant to NRS 174.085(5).

### AFFIRMATION PURSUANT TO NRS 239B.030

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

DATED this 11th day of June, 2012.

RICHARD A. GAMMICK
District Attorney
Washoe County, Nevada

By_____
JOHN W. HELZER
Assistant District Attorney

29

Exhibit 4

## CERTIFICATE OF MAILING

Pursuant to NRCP 5(b), I certify that I am an employee of the Washoe County District Attorney's Office and that, on this date, I deposited for mailing at Reno, Washoe County, Nevada, a true copy of the foregoing document, addressed to:

TAMMY M. RIGGS, ESQ.
905 Plumas St.
Reno, NV 89509

DATED this 11th day of June, 2012.

*Karen A. Hollister*
30
Exhibit 4